NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-LAN INC., WI-LAN LABS, INC., WI-LAN USA, INC.,**
*Appellants*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2284

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00705.

---

**JUDGMENT**

---

DOUGLAS R. WILSON, Armond Wilson LLP, Austin, TX, argued for appellants.  Also represented by MICHELLE ARMOND, Newport Beach, CA.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.    Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MAI-TRANG DUC DANG.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, WALLACH and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2020          /s/ Peter R. Marksteiner
    Date                 Peter R. Marksteiner
                         Clerk of Court